IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 AUG 23 A 10:54

Henry Lee Jones III #170148 )
Full name and prison number )
of plaintiff(s) )
)
v. )   CIVIL ACTION NO. 2:06cv752-MHT
Of. Brenda Pen COI )   (To be supplied by Clerk of
& )    U.S. District Court)
LT. Napier COSII )
_____ )
_____ )

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

          Plaintiff(s) Henry Lee Jones III #170148

          Defendant(s) _____

      2.  Court (if federal court, name the district; if state court, name the county) _____
          Northern District

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Kilby Correctional Facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS

1. Off. Brenda Pen COI      Kilby Correctional Facility, P.O. Box 150
                            Mt. Meigs, Ala 36057

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  8/16/06-

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: { Cruel & Unusual Punishment }

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

"On 8/16/06- OFF. Brenda Pen Did Enter "G-Dorm" Here at Kilby Prison and initiated Loud Cursative words to Me at approx. 7:00 AM That Morning She was out of Code of Conduct By Telling Everybody to Leave out The Dorm

GROUND TWO: In The First place On 8/16/06- OFF. Brenda Pen COI Did Cause Security

SUPPORTING FACTS: Threats and Hazards to my Life By Calling a Code on the institutional Walkie Talkie Here at The Prison which Caused Several Correctional Officers to Come Running to "G-Dorm" Early That Morning On 8/16/06- That was out of Code, unnecessary, and Childish Furthermore

GROUND THREE: It is Self Evident That The Cited Defendant Brenda Pen COI is too Old to Be

SUPPORTING FACTS: Employed Here inside Kilby Prison It is Self Evident That Brenda Pen COI has Been a Correctional Officer for over 17 years and That She Needs to Just Resign or Retire Because She's Causing problems. She was Told That I Had Medical Problems and That I had 2 Pink Slips from The Medical Staff Concerning my Previous Medical Conditions But She Refused to Acknowledge and Recognize The Pink Slips. At Approx. 7:30 AM LT. Napier COIII was out of Code of Conduct Here at Kilby Prison on 8/16/06- when He intentionally Tore up my Medical Pink Slip in The Lieutenants office That Morning. Such actions is out of Code of Conduct practices.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I Would Like for The Federal Courts to Order That I Be Transferred and I Would Like to Have The Cited Defendant Fined and Ordered to Retire Because She's too Old to Be in Here anyway.

*Henry Lee Jind III*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
(Date)

*Henry Lee Jnd III #170142*
Signature of plaintiff(s)

4