IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY LEE FORD, III, #170148, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv752-MHT |
| | ) | (WO) |
| BRENDA PEN, COI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 15, 2006 (doc. no. 3), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for plaintiff's failure to comply with the order of this court.

DONE, this the 13th day of October, 2006.


                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE